# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146393 & (13)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 146393
      COA: 310823
      Wayne CC: 11-012535-FC

MATTHEW MOORE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

p0325